**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

**MARK HOFFMAN,** on behalf of himself and all others similarly situated**,**

Plaintiff

-against-

**EPICC INVESTMENTS INC** d/b/a **AMERICAN INDEPENDENCE GOLD;**

Defendant

Civil Case No.: 3:26-cv-6367

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel in the above-entitled action on behalf of Plaintiff Mark Hoffman, and requests that all future papers and pleadings herein be served upon the undersigned attorney.

Dated: November 10, 2026,

By: /s/ Michael Brubaker
Michael Brubaker, WSBA #49804
Brubaker Law Group PLLC
14506 NE 184th Pl
Woodinville, WA 98072
(206) 335-8746
michael@brubakerlawgroup.com
ATTORNEYS FOR PLAINTIFF