# UNITED STATES DISTRICT COURT

for the
Western District of Washington

**MARK HOFFMAN, on behalf of himself and all other similarly situated**

*Plaintiff*

v.

**EPICC INVESTMENTS INC d/b/a AMERICAN INDEPENDENCE GOLD**

*Defendant*

Civil Action No. 3:26-cv-6367

## DECLARATION OF SERVICE

I, Charles Goldberg, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EPICC INVESTMENTS INC d/b/a AMERICAN INDEPENDENCE GOLD in Palm Beach County, FL on November 13, 2026 at 10:45 am at 1665 Palm Beach Lakes Blvd, Ste 810, West Palm Beach, FL 33401-2106 by refusal service by identifying the following documents, offering to deliver them to a person identified to me as EPICC INVESTMENTS INC d/b/a AMERICAN INDEPENDENCE GOLD who refused service, and then leaving the documents in a conspicuous place.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT - CLASS ACTION

Additional Description:
Security opened the door. A woman came out of her office and said Wolhan wasn't in, didn't know when he would be and that she wouldn't accept service. I explained Registered Agent statutes but she didn't care and said she wouldn't accept service. I laid the papers by the door and she threw them back out the door.
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.7250501944,-80.0828269655
Photograph: See Exhibit 1

Total Cost: $89.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Palm Beach County, FL on 11/13/2026.

/s/ Charles Goldberg
Signature
Charles Goldberg
+1 (561) 317-1708


Exhibit 1a)
FORUM BUILDING B
1665 Palm Beach Lakes Blvd
West Palm Beach, FL 33401
DIRECTORY
RIBSON COMPANY
ROSSIN & BURR, PLLC
SGBI, LLC
STORAGE
CAFE PALMS
DAVID SILK, PA
SYNERGY HEALTH PARTNERS LLC
PLANHUB
KANE FINANCIAL SERVICES
PRIMERICA FINANCIAL SERVICES
AMERICAN INDEPENDENCE GOLD LLC
ADPARO ADVISORS - EOS WORLDWIDE
100
101
102
110
111
202
222
300
400/700
500
600
602
AMERICAN COIN & CURRENCY, LLC
AVAILABLE
THE QUATTRO FIRM, LLC
AFFORDABLE DIVORCE CENTER
TIMOTHY K KENNEY P.A
NEW CENTURY GROUP,LLC
AVAILABLE
VERIFIED NUMBER
AVAILABLE
ALLIANCE LAW FIRM
UNITED COIN GROUP
RUSSELL & ASSOCIATES CPA PA
CURRENT NEWS
wishes you
a happy week